B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Texas

In re   Congress Sand & Gravel, LLC
Debtor(s)

Case No.
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Airgas<br>PO Box 676031<br>Dallas, TX 75143 | Airgas<br>PO Box 676031<br>Dallas, TX 75143 | | | 505.26 |
| American Tire & Accessories<br>719 S. Seven Pts Blvd<br>Seven Points, TX 75143 | American Tire & Accessories<br>719 S. Seven Pts Blvd<br>Seven Points, TX 75143 | | | 935.04 |
| APEX Geoscience, Inc.<br>2120 Brandon Dr.<br>Tyler, TX 75703-9315 | APEX Geoscience, Inc.<br>2120 Brandon Dr.<br>Tyler, TX 75703-9315 | | Disputed | 3,500.00 |
| Big H Tire Service<br>302 E. Second Ave<br>Corsicana, TX 75151-0124 | Big H Tire Service<br>302 E. Second Ave<br>Corsicana, TX 75151-0124 | | | 1,951.63 |
| Borders & Long Oil, Inc.<br>P.O. Box 657<br>Kaufman, TX 75142 | Borders & Long Oil, Inc.<br>P.O. Box 657<br>Kaufman, TX 75142 | | | 62,619.89 |
| Buy-Lo Auto Supply<br>205 W Cedar Creek Pkway<br>Suite F<br>Seven Points, TX 75143 | Buy-Lo Auto Supply<br>205 W Cedar Creek Pkway<br>Suite F<br>Seven Points, TX 75143 | | | 1,100.00 |
| Earthmovers Supply Inc.<br>115 Tradesmen Dr.<br>Hutto, TX 78634 | Earthmovers Supply Inc.<br>115 Tradesmen Dr.<br>Hutto, TX 78634 | | | 911.40 |
| Heart Land Resources<br>800 Inverness Circle<br>Highland Village, TX 77075 | Heart Land Resources<br>800 Inverness Circle<br>Highland Village, TX 77075 | | Disputed | 15,015.00 |
| Purvis Industries, Ltd<br>P O Box 540757<br>Dallas, TX 75354-0757 | Purvis Industries, Ltd<br>P O Box 540757<br>Dallas, TX 75354-0757 | | | 1,693.89 |
| RDO Equipment Co.<br>PO Box 7160<br>Fargo, ND 58106-7160 | RDO Equipment Co.<br>PO Box 7160<br>Fargo, ND 58106-7160 | | | 4,316.62 |
| Rolly Industries Inc.<br>PO Box 370<br>Medina, OH 44258 | Rolly Industries Inc.<br>PO Box 370<br>Medina, OH 44258 | | | 2,916.96 |
| Schaeffer Mfg. Co.<br>PO Box 790100<br>St. Louis, MO 63179 | Schaeffer Mfg. Co.<br>PO Box 790100<br>St. Louis, MO 63179 | | | 700.80 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Congress Sand & Gravel, LLC                              Case No. _____

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Truck Parts<br>2031 S. Bus 45<br>Corsicana, TX 75151 | Truck Parts<br>2031 S. Bus 45<br>Corsicana, TX 75151 | | | 675.36 |
| Union Materials<br>PO Box 43725<br>Kemp, TX 75143 | Union Materials<br>PO Box 43725<br>Kemp, TX 75143 | | Disputed | 432,000.00 |
| Winstead PC<br>5400 Renaissance Tower<br>Dallas, TX 75270-2199 | Winstead PC<br>5400 Renaissance Tower<br>Dallas, TX 75270-2199 | | | 27,871.86 |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  10/28/2010                Signature  /s/ Jay Krassoff
                                           Jay Krassoff
                                           Member

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.