H. Jefferson LeForce
Texas State Bar No. 00791094
PATTON BOGGS LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
Telephone: (214) 758-1500

*Attorneys for Presidential Financial Corporation.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-37522 |
| | § | |
| Congress Sand & Gravel, LLC, *et al.*[1] | § | |
| | § | **Chapter 11** |
| Debtors. | § | (Joint Administration Requested) |
| | § | |

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that H. Jefferson LeForce of Patton Boggs, LLP, appearing on behalf of Presidential Financial Corporation, requests service of all notices and papers herein upon the address listed below, pursuant to section 1109 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure.

> H. Jefferson LeForce
> PATTON BOGGS LLP
> 2000 McKinney Avenue
> Suite 1700
> Dallas, Texas 75201
> *jleforce@pattonboggs.com*

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether

---

[1] The Debtors include Congress Sand & Gravel, LLC and Congress Materials, LLC (Case No. 10-37526).

- 1 -

582833

written or oral, formal or informal, however transmitted, related in any way to the debtors, their property, or estates. The undersigned requests that its name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Papers* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedy; and (vi) any other rights, claims, actions, defenses, setoffs, and recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: October 28, 2010

                PATTON BOGGS, LLP

                By:   /s/ H. Jefferson LeForce
                     H. Jefferson LeForce, TSB 00791094
                     2000 McKinney Ave., Ste. 1700
                     Dallas, TX 75201
                     Tel.: (214) 758-1500
                     Fax (214) 758-1550
                     jleforce@pattonboggs.com

### Certificate of Service

The undersigned hereby certifies that the foregoing was served upon all parties receiving notice pursuant to the ECF system on this the 28th day of October, 2010.

                                */s/ H. Jefferson LeForce*

582833