# United States Bankruptcy Court

## Northern District of Texas

In re    Congress Materials, LLC                                  ,

                                            Debtor

Case No.     10-37526

Chapter                  11

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 2,600,000.00 | | |
| B - Personal Property | Yes | 3 | 6,537,281.50 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 7,627,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 698,894.87 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 2,681,188.48 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 9,137,281.50 | | |
| Total Liabilities | | | | 11,007,083.35 | |

.

# United States Bankruptcy Court
## Northern District of Texas

In re    Congress Materials, LLC                           ,      Case No.    10-37526

                                         Debtor                          Chapter            11

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re     Congress Materials, LLC                            ,     Case No.     10-37526

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Site Lease & Permits - 3637 Castle Dr. Garland, TX | | - | 1,400,000.00 | 1,750,000.00 |
| Site Lease & Permits - 11650 Mosier Valley Rd., Eueless, TX | | - | 1,200,000.00 | 1,750,000.00 |

| | | | |
|---|---|---|---|
| | Sub-Total > | 2,600,000.00 | (Total of this page) |
| | Total > | 2,600,000.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

                                Best Case Bankruptcy

.

In re    Congress Materials, LLC                              ,      Case No.     10-37526

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Scale Houses | - | 1,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Allegiance Bank | - | 4,312.81 |
| | | Patriot Bank (Green Aggregates) | - | 938.53 |
| | | Equity Bank (Acct#1126507) | - | 23.01 |
| | | Equity Bank (Acct#1126606) | - | 7.15 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      6,281.50
(Total of this page)

  2   continuation sheets attached to the Schedule of Personal Property

In re   Congress Materials, LLC                             ,     Case No.   10-37526

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Trade A/R | - | 633,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | XTO/J & W Sand & Gravel, Inc - Claim for impairment of Leasehold | - | Unknown |

Sub-Total >     633,000.00
(Total of this page)

Sheet   1   of   2   continuation sheets attached
to the Schedule of Personal Property

In re    Congress Materials, LLC                           ,    Case No.    10-37526

                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Air Permits, Storm Water at Garland Plant & Mosier Valley | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2009 GMC Sierra 1/2 Ton Pickup | - | 25,000.00 |
| | | 2008 Ford F-250; 2008 Ford F-250; 2007 Ford F-250; 2006 Ford F-250; 2007 Ford F-150 | - | 12,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Furniture in Bridgeport Office and Scalehouses | - | 10,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | All Equipment at Locations included on secured schedules | - | 5,000,000.00 |
| 30. Inventory. | | Raw Materials and Finished Goods | - | 851,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | 5,898,000.00 |
| (Total of this page) | |
| Total > | 6,537,281.50 |

Sheet   2   of   2   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re     Congress Materials, LLC                             ,      Case No.     10-37526

                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. x090.2; x090.3; x090.5 <br><br> Bank of the Ozarks <br> 17901 Chenal Parkway <br> Little Rock, AR 72223 | X | - | | | Volvo Excavator, Conveyors, GMC Service Truck | | | | | |
| | | | | | Value $      105,000.00 | | | | 105,000.00 | 0.00 |
| Account No. xxx8.001; xxx8.004 <br><br> Chiron Equities <br> 1001 Fannin Street <br> Suite 4775 <br> Houston, TX 77002 | | - | | | BOTO Notes - Pegson 1412 Trahpactor Rock Crusher; 1995 Volvo L330C | | | | | |
| | | | | | Value $      380,000.00 | | | | 380,000.00 | 0.00 |
| Account No. <br><br> CIty of Garland <br> Finance Dept. <br> PO Box 469002 <br> Garland, TX 75046 | | - | | | Eagle 1400 Rock Crusher | | | | | |
| | | | | | Value $      250,000.00 | | | | 225,000.00 | 0.00 |
| Account No. xxxxxx1724,xxxxxx1401,xx1419 <br><br> Continental Bank <br> 15 W. South Temple <br> Suite 420 <br> Salt Lake City, UT 84101 | X | - | | | Komatsu Excavator/ two JD250 Haul trucks/2 Int'l water trucks/grizzly feeder/pulleys and cross collaterialized with Congress Sand & Gravel obligations | | | | | |
| | | | | | Value $      620,000.00 | | | | 620,000.00 | 0.00 |

   2    continuation sheets attached

Subtotal          | 1,330,000.00 | 0.00
(Total of this page)

In re    Congress Materials, LLC                                    ,    Case No.    10-37526
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. x0153<br><br>Equity Bank<br>5220 Spring Valley Rd<br>Dallas, TX 75254 | | - | Assumption of 1,000,000 SBA Note; Assumption of 3,500,000 SBA Note<br><br><br>Value $              250,000.00 | | | | 4,500,000.00 | 4,250,000.00 |
| Account No.<br><br>Ford Motor Credit Corp<br>PO Box 650575<br>Dallas, TX 75265 | | - | Five Ford Pickup Trucks; (2) 2008 Ford F-250; (1) 2007 Ford F-250; (1) 2006 Ford F-250; (1) 2007 Ford F-250<br><br>Value $               12,000.00 | | | | 60,000.00 | 48,000.00 |
| Account No. xxxxxxxxx03 AA<br><br>John Deere Credit<br>P.O. Box 650215<br>Dallas, TX 75265 | | - | OHA 2275 Impactor<br><br><br><br>Value $               10,000.00 | | | | 30,000.00 | 20,000.00 |
| Account No. xx-xxxxxxx2088<br><br>John Deere Credit<br>23176 Network Place<br>Chicago, IL 60673 | | - | JD 200C Excavator and Kent Impactor<br><br><br>Value $              100,000.00 | | | | 82,000.00 | 0.00 |
| Account No.<br><br>Presidential Financial Corp.<br>3460 Preston Ridge Rd<br>Suit 550<br>Alpharetta, GA 30005 | | X - | Revolving line of credit secured by A/R; Inventory; Garland Site Lease 3637 Castle Drive, Garland, Texas; Mosier Valley Site Lease 11650 Mosier Valley Road, Euless, TX; Terex Truck; Land from Affiliate of Debtor in Arizona<br><br>Value $            4,000,000.00 | | | | 1,600,000.00 | 0.00 |

Sheet  1   of  2   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                          6,272,000.00          4,318,000.00

In re   Congress Materials, LLC                                                    Case No.      10-37526
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. 2447 | | | | | 2009 GMC 1/2 Ton Sierra Pickup Truck | | | | | |
| US Bank PO Box 790179 St Louis, MO 63179 | X | - | | | | | | | | |
| | | | | | Value $            25,000.00 | | | | 25,000.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  2   of  2   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 25,000.00 | 0.00 |
| Total (Report on Summary of Schedules) | 7,627,000.00 | 4,318,000.00 |

In re     Congress Materials, LLC                                     ,     Case No.    10-37526

                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

2     continuation sheets attached

In re   Congress Materials, LLC                                          ,   Case No.    10-37526
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | Originally Claim of Green Aggregates | | | | | |
| Cooke County Appraisal District 104 West Main Gainseville, TX 76240 | - | | | | | | | | 7,000.00 | |
| | | | | | | | | | 7,000.00 | 0.00 |
| Account No. | | | | | | | | | | |
| IRS - Trust Fund PO Box 21126 Philadelphia, PA 19114 | - | | | | | | | | 254,861.92 | |
| | | | | | | | | | 254,861.92 | 0.00 |
| Account No. | | | | | Originally Claim of Green Aggregates - 2006-2008 Withholding Taxes | | | | | |
| IRS - Trust Fund PO Box 21126 Philadelphia, PA 19114 | - | | | | | | | | 329,769.00 | |
| | | | | | | | | | 329,769.00 | 0.00 |
| Account No. | | | | | | | | | | |
| Texas - Comptroller Capital Station Austin, TX 78774-0100 | - | | | | | | | X | 44,101.32 | |
| | | | | | | | | | 44,101.32 | 0.00 |
| Account No. | | | | | Originally Claim of Green Aggregates - Sales Tax of Green Aggregates 2006-2008 | | | | | |
| Texas - Comptroller Capital Station Austin, TX 78774-0100 | - | | | | | | | | 38,000.00 | |
| | | | | | | | | | 38,000.00 | 0.00 |

Sheet   1   of   2   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 673,732.24 | |
| 673,732.24 | 0.00 |

In re   Congress Materials, LLC                                    Case No. _____10-37526_____
                                    ,
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Texas Workforce Commission 101 East 15th St Austin, TX 78778-0001 | - | | | | | | | 11,162.63 | |
| | | | | | | | 11,162.63 | | 0.00 |
| Account No. | | | Originally Claim of Green Aggregates | | | | | | |
| Texas Workforce Commission 101 East 15th St Austin, TX 78778-0001 | - | | | | | | | 14,000.00 | |
| | | | | | | | 14,000.00 | | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  2  of  2  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 25,162.63 | 25,162.63 0.00 |
| Total (Report on Summary of Schedules) | 698,894.87 | 698,894.87 0.00 |

In re     Congress Materials, LLC                           ,     Case No.    10-37526

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| A&W Bearings & Supply Co PO Box 561069 Dallas, TX 75356-1070 | | - | | | | | | | 2,911.48 |
| Account No. | | | | | | | | | |
| Airgas Southwest, Inc. P O Box 676031 Dallas, TX 75267 | | - | | | | | | | 2,024.00 |
| Account No. | | | | | | | | | |
| Austin Powder Company 307 CR 1347 Chico, TX 76431 | | - | | | | | | | 22,048.19 |
| Account No. | | | | | | | | | |
| Azle Fire Safety, Inc. 13057 Briar Road Azle, TX 76020 | | - | | | | | | | 1,072.55 |
|   8   continuation sheets attached | | | | | | | | Subtotal (Total of this page) | 28,056.22 |

In re    Congress Materials, LLC                                        ,    Case No.    10-37526
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| Brown & Caldwell 201 East Washington Street Phoenix, AZ 85004 | | | | | | | | 24,803.30 |
| Account No. | | - | | Claim Acquired from Aldinger Company in Green Aggregates Bankruptcy | | | | |
| Chiron Equities, LLC 1001 Fannin Street Suite 4775 Houston, TX 77002 | | | | | | | | 8,809.00 |
| Account No. | | - | | Claim acquired from Estate of Elizabeth Wilkins in Green Aggregates Bankruptcy | | | | |
| Chiron Equities, LLC 1001 Fannin Street Suite 4775 Houston, TX 77002 | | | | | | | | 369,603.00 |
| Account No. | | - | | Claim acquired from Haynes & Boone in Green Aggregates Bankruptcy | | | | |
| Chiron Equities, LLC 1001 Fannin Street Suite 4775 Houston, TX 77002 | | | | | | | | 83,121.16 |
| Account No. | | - | | Claim acquired from Hill County Environmental in Green Aggregates Bankruptcy | | | | |
| Chiron Equities, LLC 1001 Fannin Street Suite 4775 Houston, TX 77002 | | | | | | | | 18,358.00 |

Sheet no.   1   of   8   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    504,694.46

In re  Congress Materials, LLC                                    ,     Case No.  10-37526
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| **Account No.** | | | | | Claim acquired from Holt Equipment in Green Aggregates Bankruptcy | | | | |
| Chiron Equities, LLC 1001 Fannin Street Suite 4775 Houston, TX 77002 | - | | | | | | | | 216,576.00 |
| **Account No.** | | | | | Claim acquired from Massey, Itschner & Co., PC in Green Aggregates Bankruptcy | | | | |
| Chiron Equities, LLC 1001 Fannin Street Suite 4775 Houston, TX 77002 | - | | | | | | | | 18,618.00 |
| **Account No.** | | | | | Claim acquired from RAI/CCS in Green Aggregates Bankruptcy | | | | |
| Chiron Equities, LLC 1001 Fannin Street Suite 4775 Houston, TX 77002 | - | | | | | | | | 288,000.00 |
| **Account No.** | | | | | | | | | |
| Citibank P.O. 5870 Grand Central Station New York, NY 10163 | - | | | | | | | | 128,000.00 |
| **Account No.** | | | | | | | | X | |
| Collin County 2300 Bloomdale Rd Suite 3100 McKinney, TX 75071 | - | | | | | | | | Unknown |

Sheet no.  2  of  8  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          651,194.00

In re    Congress Materials, LLC                          ,      Case No.     10-37526

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | | | | | |
| Dial Lubricants P.O. Box 540607 Dallas, TX 75354-0607 | - | | | | | | | 7,961.16 |
| **Account No.** | | | | | | | | |
| Farley Electric 3090 S State Highway 101 Bridgeport, TX 76426 | | | | | | | X | 519.60 |
| **Account No.** | | | | | | | | |
| First KT Lending, LLC 1001 Fannin Street Suite 4775 Houston, TX 77002 | - | | | | | | | 547,000.00 |
| **Account No.** | | | | | | | | |
| GW Van Keppel Lock Box 879515 Kansas City, MO 64187-9515 | - | | | | | | | 31,900.00 |
| **Account No.** | | | | | | | | |
| Holt Equipment PO Box 911975 Dallas, TX 75391-1976 | - | | | | | | | 3,703.94 |

Sheet no. __3__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    591,084.70

In re   Congress Materials, LLC                                     ,   Case No.   10-37526
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>IRS - Employer<br>PO Box 21127<br>Philadelphia, PA 19115 | - | | | | | | | 132,176.08 |
| Account No.<br><br>ISSI<br>P O Box 798012<br>St.Louis, MO 63179-8001 | - | | | | | | | 9,214.32 |
| Account No.<br><br>JTM Materials<br>P O BOX 2946<br>Denton, TX 76203 | - | | | | | | X | 15,525.00 |
| Account No.<br><br>KT Foods<br>1520 Sabine<br>Port Arthur, TX 77642 | - | | | | | | | 58,301.00 |
| Account No.<br><br>McCalip & Company, Inc.<br>3011 LBJ Fwy Suite 1212<br>Dallas, TX 75234 | - | | | | | | | 4,728.97 |

Sheet no.   4   of   8   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           219,945.37

In re    Congress Materials, LLC                                    , Case No.    10-37526
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Metroplex Welding 801 East Northside Drive Fort Worth, TX 76102-1017 | - | | | | | | X | 3,804.98 |
| Account No. | | | | | | | | |
| Mine Safety and Health 1100 Wilson Blvd. Room 2508 Arlington, VA 23649-7616 | - | | | | | | X | 44,863.91 |
| Account No. | | | | | | | | |
| Office of the US Trustee 615 E Houston St Suite 533 San Antonio, TX 78205 | - | | | | | | | 42,119.00 |
| Account No. | | | | | | | | |
| On-Site Fuel 1080 A Old Fannin Rd Brandon, MS 39047 | - | | | | | | | 52,321.50 |
| Account No. | | | | | | | | |
| Oppenheimer, Blond, Harrison & Tate 711 Navarro 6th Floor San Antonio, TX 78205 | - | | | | | | | 55,000.00 |

Sheet no.  5  of  8  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            198,109.39

In re   Congress Materials, LLC                                    Case No.    10-37526
                                                        ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Pan America Electric, Inc. P O Box 359 Davis, OK 73031 | | - | | | | | X | 6,538.87 |
| Account No. | | | | | | | | |
| Patriot Bank 7500 San Felipe Houston, TX 77063 | | - | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Pitney Bowes Global Financial Svc P O BOX 856460 Louisville, KY 40285-6460 | | - | | | | | | 5,718.57 |
| Account No. | | | | | | | | |
| RDO Equipment Co. P O Box 200047 Dallas, TX 75321 | X | - | | | | | | 38,515.69 |
| Account No. | | | | | | | | |
| Star Tire Company 10953 Harry Hines Blvd Ft Worth, TX 76102 | | - | | | | | | 20,188.20 |

Sheet no.   6    of   8    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          70,961.33

In re    Congress Materials, LLC                                        Case No.    10-37526
                                                        ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Sure Tec Bonding 9737 Great Hills Trail Suite 320 Austin, TX 78759 | X | - | | | | | | 245,000.00 |
| Account No. | | | | | | | | |
| T & W TIRE P O Box 97444 Dallas, TX 75398 | | - | | | | | X | 3,628.18 |
| Account No. | | | | | | | | |
| T-K-O Equipment Company 5005 LBJ Freeway Suite 1000 Dallas, TX 75244 | X | - | | | | | | 80,351.71 |
| Account No. | | | | | | | | |
| Thomas Petroleum PO Box 1969 Dallas, TX 75240 | X | - | | | | | | 45,387.76 |
| Account No. | | | | | | | | |
| TNT Electric, Inc. 5241 E. Hwy 82 Gainesville, TX 76240 | | - | | | | | X | 13,071.14 |

Sheet no.  7  of  8  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           387,438.79

In re   Congress Materials, LLC _____,   Case No. _____10-37526_____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Wingfoot Commercial Tire 2341 N Masch Branch Rd Suite 424 Denton, TX 76207 | | - | | | | | 4,704.22 |
| Account No. | | | | | | | |
| Winstead, PC 1202 Elm Street Suite 5400 Dallas, TX 75270 | | - | | | | | 25,000.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 29,704.22 |
| | Total (Report on Summary of Schedules) | 2,681,188.48 |

In re   Congress Materials, LLC                         Case No.   10-37526

**Debtor**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| City of Garland<br>Finance Dept<br>PO Box 469008<br>Garland, TX 75046 | Real Estate Lease - Garland Plant 3637 Castle Drive, Garland, TX |
| Congress Recycled Aggregates, LLC<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | Personal Property Lease - 2006 Telsmith 3055 LP-PP_VGF Low Profile Portable Plant, Serial No. 41128 |
| General Electric Capital Corporation<br>300 E. John Carpenter Freeway<br>Suite 204<br>Irving, TX 75062-2712 | Personal Property Lease - JD 844 loader (S/N: DW844KX626280) |
| J & W Sand & Gravel<br>3224 Bryn Mawr<br>Dallas, TX 75225 | Real Estate Lease - Mosier Valley Plant 11650 Mosier Valley Road, Eueless, TX |
| John Deere Credit<br>6400 NW 86th Street<br>PO Box 6500<br>Johnston, IA 50131-6600 | Personal Property Lease - Four -JD 844 loaders |

_0_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    Congress Materials, LLC                                      ,    Case No.    10-37526
_____                         _____
                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Chiron Equities<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | Continental Bank<br>15 W. South Temple<br>Suite 420<br>Salt Lake City, UT 84101 |
| Chiron Equities<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | Bank of the Ozarks<br>17901 Chenal Parkway<br>Little Rock, AR 72223 |
| Chiron Equities<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | Presidential Financial Corp.<br>3460 Preston Ridge Rd<br>Suit 550<br>Alpharetta, GA 30005 |
| Chiron Equities<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | T-K-O Equipment Company<br>5005 LBJ Freeway<br>Suite 1000<br>Dallas, TX 75244 |
| Congress Sand & Gravel, LLC<br>14099 N.E. CR 3180<br>Kerens, TX 75144 | Continental Bank<br>15 W. South Temple<br>Suite 420<br>Salt Lake City, UT 84101 |
| Congress Sand & Gravel, LLC<br>14099 N.E. CR 3180<br>Kerens, TX 75144 | Presidential Financial Corp.<br>3460 Preston Ridge Rd<br>Suit 550<br>Alpharetta, GA 30005 |
| Jay Krasoff<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | US Bank<br>PO Box 790179<br>St Louis, MO 63179 |
| Jay Krasoff<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | Continental Bank<br>15 W. South Temple<br>Suite 420<br>Salt Lake City, UT 84101 |
| Jay Krasoff<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | Presidential Financial Corp.<br>3460 Preston Ridge Rd<br>Suit 550<br>Alpharetta, GA 30005 |

2
____ continuation sheets attached to Schedule of Codebtors

In re    Congress Materials, LLC                                      ,       Case No.    10-37526

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Jay Krasoff<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | Sure Tec Bonding<br>9737 Great Hills Trail<br>Suite 320<br>Austin, TX 78759 |
| Jay Krasoff<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | Thomas Petroleum<br>PO Box 1969<br>Dallas, TX 75240 |
| KT Builders GP, LLC | T-K-O Equipment Company<br>5005 LBJ Freeway<br>Suite 1000<br>Dallas, TX 75244 |
| KT Builders, Ltd. | T-K-O Equipment Company<br>5005 LBJ Freeway<br>Suite 1000<br>Dallas, TX 75244 |
| Kyle Tauch<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | GE Capital<br>300 E. John Carpenter Freeway<br>Suite 201<br>Dora, AL 35062 |
| Kyle Tauch<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | John Deere Credit<br>6400 NW 86th Street<br>PO Box 6600<br>Johnston, IA 50131 |
| Kyle Tauch<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | Continental Bank<br>15 W. South Temple Street<br>Suite 420<br>Salt Lake City, UT 84101 |
| Kyle Tauch<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | Bank of the Ozarks<br>17901 Chenal Parkway<br>Little Rock, AR 72223 |
| Kyle Tauch<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | Sure Tec Bonding<br>9737 Great Hills Trail<br>Suite 320<br>Austin, TX 78759 |
| Kyle Tauch<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | RDO Equipment Co.<br>P O Box 200047<br>Dallas, TX 75321 |

Sheet  1  of  2  continuation sheets attached to the Schedule of Codebtors

In re     Congress Materials, LLC                                       ,     Case No.     10-37526

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Kyle Tauch<br>1001 Fannin Street<br>Suite 4775<br>Houston, TX 77002 | T-K-O Equipment Company<br>5005 LBJ Freeway<br>Suite 1000<br>Dallas, TX 75244 |

Sheet   2   of   2   continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## Northern District of Texas

In re   Congress Materials, LLC                              Case No.    10-37526
                                    Debtor(s)                  Chapter     11

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Manager of Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   25   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   November 12, 2010                       Signature    /s/ Jay Krasoff

                                                         Jay Krasoff
                                                              Manager of Member

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.