IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CONGRESS SAND & GRAVEL, LLC, *et al*[1]. | § | Case No. 10-37522(SGJ) |
| | § | |
| DEBTORS. | § | Chapter 11 |
| | § | (Jointly Administered) |

## NOTICE OF ADJOURNED HEARING ON DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that Congress Sand & Gravel, LLC and Congress Materials, LLC, as debtors and debtors-in-possession, have filed a plan [P-165] (along with all subsequent amendments, the "Plan") and disclosure statement [P-166] (along with all subsequent amendments, the "Disclosure Statement"). A copy of the Plan and Disclosure Statement is on file with and available for review at the Office of the Clerk of Court of the U. S. Bankruptcy Court Northern District of Texas at Room 1254, Earle Cabell Building, 1100 Commerce Street, Dallas, Texas 75242, or can be obtained through undersigned counsel of record.

**PLEASE TAKE FURTHER NOTICE** that the adjourned hearing to consider the adequacy of the Disclosure Statement will be held on the **21st day of March, 2011 at 9:30 a.m.** at the United States Bankruptcy Court for the Northern District of Texas, Courtroom 1428, Earle Cabell Building, U.S. Courthouse, 1100 Commerce Street, Dallas, Texas 75242.

Dated: March 3, 2011  /s/Douglas S. Draper_____
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Kendra M. Goodman, La. Bar No. 32790
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
ddraper@hellerdraper.com
lcollins@hellerdraper.com
kgoodman@hellerdraper.com

AND

James C. Gordon, Texas Bar No. 08200300
Gordon, Sykes & Cheatham, LLP
1320 S. University Dr., Ste. 806
Fort Worth, Texas 76107
Telephone: 817.338.0724/Fax:817.338.0769
jgordon@gordonsykes.com

Counsel for Congress Sand & Gravel, LLC
and Congress Materials, LLC

---

1 The Debtors include Congress Sand & Gravel, LLC and Congress Materials, LLC (Case No. 10-37526).

{00313964-1}