



**The following constitutes the ruling of the court and has the force and effect therein described.**

_United States Bankruptcy Judge_

**Signed March 16, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CONGRESS SAND & GRAVEL, LLC, *et al*[1]. | § | Case No. 10-37522(SGJ) |
| | § | |
| DEBTORS. | § | Chapter 11 |
| | § | (Jointly Administered) |

### ORDER ON EX PARTE MOTION TO CONTINUE HEARING ON DISCLOSURE STATEMENT, TO EXTEND TIME TO FILE AMENDED DISCLOSURE STATEMENT, AND TO ESTABLISH CERTAIN DEADLINES RELATED TO THE DISCLOSURE STATEMENT

**CONSIDERING** the *Ex Parte Motion to Continue Hearing on Disclosure Statement, to Extend Time to File Amended Disclosure Statement, and to Establish Certain Deadlines Related to the Disclosure Statement* [P-236] ("Motion"), filed herein by Congress Sand & Gravel, LLC and Congress Materials, LLC as debtors and debtors-in-possession (the "Debtors"),

---

[1] The Debtors include Congress Sand & Gravel, LLC and Congress Materials, LLC (Case No. 10-37526).

{00314350-1}  Page 1 of 1

**IT IS HEREBY ORDERED**, that the hearing on the Debtors' disclosure statement [P-166] (along with all subsequent amendments, the "Disclosure Statement") now set for March 22, 2011 at 9:30 a.m., is **continued until April 28, 2011 at 2:30 p.m.** at the United States Bankruptcy Court for the Northern District of Texas, Courtroom 1428, Earle Cabell Building, U.S. Courthouse, 1100 Commerce Street, Dallas, Texas 75242.

**IT IS FURTHER ORDERED**, that the Debtors shall have until **April 18, 2011** to file their amended Disclosure Statement.

**IT IS FURTHER ORDERED**, that the following deadlines are hereby established:

1) **April 21, 2011**: Last date for parties in interest to propose changes to the Disclosure Statement, with proposed changes to be emailed to Debtors' counsel as follows:

    (a) Douglas S. Draper: ddraper@hellerdraper.com, and

    (b) Kendra M. Goodman: kgoodman@hellerdraper.com.

2) The Debtors shall have **twenty-four (24) hours** after receiving a proposed change to respond to such proposing party and indicate the Debtors' intention concerning those comments.

3) **April 25, 2011**: Deadline to file objections to the Disclosure Statement.

**IT IS FURTHER ORDERED**, that the Debtors' counsel shall serve a copy of this order on the necessary parties and file a certificate of service with the Court.

# # # END OF ORDER # # #