**Schedule of Executory Contracts and Unexpired Leases to be Assumed**

| Debtor | Lessor | Contract or Lease | Assume |
|---|---|---|---|
| Congress Sand & Gravel, LLC | Congress Recycled Aggregates, LLC | 2004 John Deere 7445; 1995 JD770BH Motor Grader | Yes |
| Congress Sand & Gravel, LLC | VCH Ranch | Real Property | Yes |
| Congress Materials, LLC | City of Garland | Real Property | Yes |
| Congress Materials, LLC | Congress Recycled Aggregates, LLC | 2006 Telsmith 3055 LP-PP_VGF Low Profile Portable Plan, Serial No. 41128 | Yes |
| Congress Materials, LLC | J & W Sand & Gravel | Real Property | Yes |
| Congress Materials, LLC | John Deere Credit | Four (4) JD 844 Loader | Yes |