HELLER, DRAPER, HAYDEN, PATRICK & HORN, LLC
Attorneys for the Debtors
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
(504) 299-3300

Douglas S. Draper, LA Bar No. 5073
ddraper@hellerdraper.com
Leslie A. Collins, LA Bar No. 14891
lcollins@hellerdraper.com
Kendra M. Goodman, LA Bar No. 32790
kgoodman@hellerdraper.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CONGRESS SAND & GRAVEL, LLC, *et al*[1]. | § | Case No. 10-37522(SGJ) |
| | § | |
| DEBTORS. | § | Chapter 11 |
| | § | (Joint Administration Requested) |

### AGENDA FOR THE HEARING ON CONFIRMATION OF THE DEBTORS' CHAPTER 11 PLAN OF REORGANIZATION FOR CONGRESS MATERIALS LLC AND CONGRESS SAND AND GRAVEL LLC AS OF MAY 11, 2011 AND OTHER MATTERS SCHEDULED FOR WEDNESDAY, JUNE 29, 2011 AT 9:30 A.M.

The above-captioned debtors and debtors in possession herein (collectively, the "Debtors") hereby give notice that the following matters were noticed for hearing before the United States Bankruptcy Court for the Northern District of Texas, Judge Stacey G.C. Jernigan, in Courtroom 1428, Earle Cabell Building, U.S. Courthouse, 1100 Commerce Street, Dallas, Texas 75242 on Wednesday, June 29, 2011 at 9:30 a.m., central time:

1. *Motion for an Order Pursuant to Section 365(a) of the Bankruptcy Code Authorizing the Debtor to Assume Certain Leases of Nonresidential Real Property* [P-203]; SETTLED.

2. *Motion for an Order Pursuant to Section 365(a) of the Bankruptcy Code Authorizing the Debtor to Assume a Certain Lease of Personal Property* [P-280]; Agreed Order entered by the Court on June 22, 2011 [P-318]; SETTLED.

---
[1] The Debtors include Congress Sand & Gravel, LLC and Congress Materials, LLC (Case No. 10-37526).

{00317288-1}

3. Motion for Valuation [P-265]; SETTLED.

4. Confirmation of *Chapter 11 Plan of Reorganization for Congress Materials LLC and Congress Sand & Gravel LLC as of May 11, 2011* [P-275], and the following unresolved objection:

    a. SureTec Insurance Company [P-327].

The objections filed by the parties indicated below have been resolved by agreement with the Debtors:

   a. TD Auto Finance LLC f/k/a Chrysler Financial Services Americas, LLC [P-322],
   b. Ford Motor Credit Company LLC [P-323],
   c. Internal Revenue Service [P-319],
   d. Texas Workforce Commission and Texas Comptroller of Public Accounts [P-324],
   e. Bank of the Ozarks [P-326],
   f. Colonial Pacific Leasing Corporation and General Electric Capital Corporation [P-337],
   g. Continental Bank [P-325].

Dated: June 28, 2011            Respectfully submitted,

/s/Douglas S. Draper
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Kendra M. Goodman, La. Bar No. 32790
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103
Telephone: 504.299.3300/Fax: 504.299.3399
ddraper@hellerdraper.com
dfallis@hellerdraper.com
lcollins@hellerdraper.com
kgoodman@hellerdraper.com

Counsel for Congress Sand & Gravel, LLC
and Congress Materials, LLC