BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Congress Sand & Gravel, LLC<br>**DEBTOR** | Confirmation hearing (Doc. 275)<br>**TYPE OF HEARING** | Case # 10–37522–sgj11 |
| Congress Sand & Gravel, LLC<br>**PLAINTIFF / MOVANT** | VS | **DEFENDANT / RESPONDENT** |
| D. Draper<br>**ATTORNEY** | | **ATTORNEY** |

**EXHIBITS**

Debtor Exhibit D–2: Exit Financing Proposal

Debtor Exhibit D–3: Quarry Results for Oct. 2010 thru June 2011

Debtor Exhibit D–4: Sources & Uses of Cash Oct. 2010 through June 2011

Debtor Exhibit D–5: Consolidated Balance Sheet

Debtor Exhibit D–6: Consolidated Projected Proforma Balance Sheet

Debtor Exhibit D–7: Quarry Results for Oct 2009 thru Sep 2010

Debtor Exhibit D–7a: Quarry Results for Oct 2010 thru Sep 2011

Debtor Exhibit D–8: Congress Materials and Congress Sand & Gravel Sources and Uses

| | | |
|---|---|---|
| D. Harden<br>REPORTED BY | 6/29/2011<br>HEARING DATE | Stacey G. Jernigan<br>JUDGE PRESIDING |