H. Jefferson LeForce
Texas State Bar No. 00791094
PATTON BOGGS LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
Telephone: (214) 758-1500

*Attorneys for Presidential Financial Corporation.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| CONGRESS SAND & GRAVEL, LLC, et al. | § § | Case No. 10-37522 |
| DEBTORS. | § § § § | Chapter 11<br>(Jointly Administered) |

## NOTICE OF INCREASED LOAN AMOUNT AND PARTICIPATION

PLEASE TAKE NOTICE that on December 16, 2010, the United States Bankruptcy Court for the Northern District of Texas entered the *Final Order (1) Authorizing the Debtors to Obtain Post-Petition Financing, Granting Senior Security Interests and According Priority Administrative Expense Status Pursuant to Section 364(c) and 364(d) of the Bankruptcy Code, (2) Authorizing the Use of Cash Collateral, (3) Granting Adequate Protection, and (4) Modifying the Automatic Stay* (the "Financing Order," Docket No. 143) in the above-captioned bankruptcy case. The Financing Order, among other things, authorized Presidential Financial Corporation ("Presidential") to extend post-petition financing to the debtors in the above-captioned cases (the "Debtors")[1] in accordance with a post-petition financing agreement (the "DIP Loan Agreement"). Pursuant to Paragraphs 1 and 2 of the Financing Order, the Maximum Loan Amount and Aggregate Debt Amount was $1,750,000. However, the Financing Order provided that

---

[1] The Debtors in the above-captioned case include Congress Sand & Gravel, LLC Case No. 10-37522 and Congress Materials, LLC, Case No. 10-37526.

- 1 -

Presidential, in its sole discretion, could increase the Maximum Loan Amount and Aggregate Debt Amount up to $1,900,000 upon notice filed with the Court and served upon the shortened service list.

PLEASE TAKE FURTHER NOTICE that under the terms of the Financing Order, Presidential gives notice that it has increased the Maximum Loan Amount and as applicable the Aggregate Debt Amount from $1,750,000 to $1,835,000.

PLEASE TAKE FURTHER NOTICE that under the terms of the Financing Order, Presidential is authorized to enter into a loan participation agreement with Chiron Equities, LLC, JK Air Investment Group, LLC, Jay Krasoff, or any other affiliates of the same. The current amount of the participation is $548,970.96. Presidential is amending its loan participation agreement to include Congress Recycled Aggregates, LLC, an affiliate of Chiron Equities, LLC, as a participant and to accept an additional participation of $85,000.

Dated: July 13, 2011

                        PATTON BOGGS, LLP

                        By:   /s/ H. Jefferson LeForce
                             H. Jefferson LeForce,
                             Texas Bar No. 00791094
                             2000 McKinney Ave., Ste. 1700
                             Dallas, TX 75201
                             Telephone:    (214) 758-1500
                             Facsimile:     (214) 758-1550
                             jleforce@pattonboggs.com

### Certificate of Service

      The undersigned hereby certifies that the foregoing was served upon the parties listed below and on the attached service list via first-class mail and on the parties receiving electronic notice via ECF on this 13th day of July, 2011.

| | |
|---|---|
| Douglas S. Draper<br>Heller Draper Hayden Patrick & Horn LLC<br>650 Poydras St., Suite 2500<br>New Orleans, LA 70130<br>Telephone:   504-299-3300<br>Facsimile:    504-299-3399<br>ddraper@hellerdraper.com<br><br>*Counsel for the Debtors*<br>*and Debtors-in-Possession* | Office of the United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242<br>Telephone:   214-767-8967<br>Facsimile:    214-767-8971<br>Ustpregion06.da.ecf@usdoj.gov<br><br>*Office of the United States Trustee* |

                                                   /s/ H. Jefferson LeForce

# SERVICE LIST

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19114

Dallas County Tax Assessor
500 Elm St.
Dallas, TX 7502

United States Attorney's Office
James T. Jacks
1100 Commerce St., Third Floor
Dallas, TX 75242-1699

Citibank
P.O. Box 5870
Grand Central Station
New York, NY 10163

ISSI
PO Box 798012
St. Louis, MO 63179

McCalip & Company, Inc.
3011 LBJ Fwy, Suite 1212
Dallas, TX 75234

Pitney Bowes Global Financial
PO Box 856460
Louisville, KY 40285

Sure Tec Bonding
9737 Great Hills Trail
Suite 320
Austin, TX 78759

Eric Holder
Atty General for the United States
5137 Robert F. Kennedy Bldg.
10th St. & Constitution Ave NW
Washington, DC 20532

Texas Comptroller
Revenue Accounting Division
Bankruptcy Section
PO Box 13528
Austin, TX 78711

Austin Powder Company
703 CR 1347
Chico, TX 76431

Dial Lubricants
PO Box 540607
Dallas, TX 75354

JTM Materials
PO Box 2946
Denton, TX 76203

On-Site Fuel
1080 A Old Fannin Rd
Brandon, MS 39047

RDO Equipment Co.
Attn: Duane Hoven
PO Box 7160
Fargo, ND 58106

T-K-O Equipment Company
5005 LBJ Freeway
Suite 1000
Dallas, TX 75244

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th St., Suite 540
Austin, TX 78778

Texas Attorney General
Office of the Attorney General
PO Box 12548
Austin, TX 78711-2548

Brown & Caldwell
201 East Washington St.
Phoenix, AZ 85004

GW Van Keppel
Lock Box 879515
Kansas City, MO 64187

Mine Safety and Health
1100 Wilson Blvd.
Room 2508
Arlington, VA 23649

Pan America Electric Inc.
PO Box 359
Davis, OK 73031

Star Tire Company
10953 Harry Hines Blvd.
Ft. Worth, TX 7610

Thomas Petroleum
PO Box 1969
Dallas, TX 75240

TNT Electric
5241 E. Hwy 82
Gainesville, TX  76240

Wingfoot Commercial Tire
2341 N. Masch Branch Rd
Suite 424
Denton, TX  76207

Winstead, PC
1202 Elm St.
Suite 5400
Dallas, TX  75270

City of Garland
Finance Dept
PO Box 469008
Garland, TX  75046

General Electric Capital Corp
300 E John Carpenter Frwy
Suite 204
Irving, TX  75062

J&W Sand & Gravel
3224 Bryn Mawr
Dallas, TX  75225

John Deere Credit
6400 NW 86th St.
Johnson, IA  50131

AT&T
PO Box 78522
Pheonix, AZ  85062

AT&T
PO Box 5001
Carol Stream, IL  60197

AT&T Mobility
PO Box 6463
Carol Stream, IL  60197

City of Fort Worth
PO Box 870
Fort Worth, TX  76101

Verizon Southwest
PO Box 920041
Dallas, TX  75392

Arzenio Garcia
1309 Saturn Drive
Cedar Hill, TX  75104

Certified Laboratories
PO Box 971269
Dallas, TX  75397

Felts Oil
2412 Cullen St.
Fort Worth, TX  76107

Holt Equipment
PO Box 911975
Dallas, TX  75391

Hose Tech
PO Box 92009
Southlake, TX  76093

Reeder Distributors
PO Box 22564
Dallas, TX  75222

Ware's Giant Tire Service
2641 Country Road 615
Alvarado, TX  76009